ERVIN R. DAVIS REALTY, INC. v. CITY OF HIGH POINT

No. 7718SC585

(Filed 18 April 1978)

**Appeal and Error § 6.9— pretrial orders—no immediate appeal**

 Pretrial orders declaring certain evidence admissible or inadmissible and purporting to fix what the rule of damages should be at trial are not immediately appealable.

APPEAL by plaintiff from *Collier, Judge.* Order entered 24 May 1977 in Superior Court, GUILFORD County. Heard in the Court of Appeals 6 April 1978.

In this condemnation proceeding the plaintiff property owner filed a pretrial motion to exclude certain evidence upon the trial. After a hearing, the court entered an order denying the motion and fixing what the measure of damages should be upon the trial of the case. From this order, plaintiff filed notice of appeal.

*Morgan, Post, Herring & Morgan by Edward N. Post for appellant.*

*Knox Walker for appellee.*

PARKER, Judge.

A pretrial order declaring certain evidence admissible or inadmissible is indeterminate and subject to later modification. *Knight v. Power Co.*, 34 N.C. App. 218, 237 S.E. 2d 574 (1977). The same is true of a pretrial order purporting to fix what the rule of damages should be at the trial. *Green v. Insurance Co.*, 250 N.C. 730, 110 S.E. 2d 321 (1959). Such orders are not immediately appealable. 1 Strong's N.C. Index 3rd, Appeal and Error, § 6.9.

Appeal dismissed.

Judges VAUGHN and WEBB concur.